RECEIVED
IN LAKE CHARLES, LA

AUG 26 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FERDINANDO DISCIPIO** | : | **DOCKET NO. 2:05-cv-276** |
| VS. | : | JUDGE MINALDI |
| **JOHN ASHCROFT, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE